**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01641-CV

### GARY M. KORNMAN, Appellant

### V.

### DENNIS S. FAULKNER, TRUSTEE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08489**

## ORDER

The Court has before it appellant's June 3, 3013 unopposed emergency motion to extend the briefing deadline and memorandum in support. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on June 4, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
          JUSTICE